BK1301153
BAS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT TOLEDO

IN RE: | Case No. 13-30560

Timothy G. Randolph | Chapter 13
Andrea Guice |
| Judge Whipple
Debtors |
| **NOTICE OF FILING OF OBJECTION TO DEBTORS' PLAN BY HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR HOME EQUITY LOAN TRUST SERIES ACE 2005-HE5, BY AND THROUGH ITS SERVICER, WELLS FARGO BANK, N.A. (PROPERTY ADDRESS: 2412 CASS ROAD, TOLEDO, OH 43614)**

## OFFICIAL FORM 20A

HSBC Bank USA, National Association, as Trustee for Home Equity Loan Trust Series ACE 2005-HE5, by and through its servicer, Wells Fargo Bank, N.A. has filed papers with the Court objecting to the confirmation of the debtors' Chapter 13 Plan.

**YOUR RIGHTS MAY BE AFFECTED**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the objection sought in the objection to plan, or if you want the court to consider your views on the objection to plan, then you or your attorney must:

- Attend the confirmation hearing scheduled to be held at:

U.S. Bankruptcy Court
1716 Spielbusch, Room 411
Toledo, OH 43624

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to plan and said objection may be granted by the Court.

DATED: March 20, 2013

/s/ Ronald C. Taylor Jr.
Ronald C. Taylor Jr.
Bar Registration # 0083298
(513) 241-3100 x-3472

LERNER, SAMPSON & ROTHFUSS
Attorneys for Creditor
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3472
(513) 354-6464 fax
nohbk@lsrlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Filing Objection to Debtor's Plan of the secured creditor, HSBC Bank USA, National Association, as Trustee for Home Equity Loan Trust Series ACE 2005-HE5, by and through its servicer, Wells Fargo Bank, N.A., was electronically transmitted on March 20, 2013 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Lafe Tolliver, Esq.
316 N Michigan Ave #514
Toledo, OH 43604
Tolliver@Juno.com

John P. Gustafson, Trustee
Office of the Chapter 13 Trustee
316 North Michigan Street #501
Toledo, OH 43624
officeofstanding@att.net

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid:

Timothy G. Randolph
2412 Cass Road
Toledo, OH 43614

Andrea Guice
2412 Cass Road
Toledo, OH 43614

/s/ Ronald C. Taylor Jr.
Ronald C. Taylor Jr.
Bar Registration # 0083298
(513) 241-3100 x-3472

LERNER, SAMPSON & ROTHFUSS
Attorneys for Creditor
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3472
(513) 354-6464 fax
nohbk@lsrlaw.com